IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GERALD DAVIS JR.,
*Individually and on Behalf
of All Others Similarly Situated*,

    Plaintiff,

vs.                                                                                                    Civ. No. 20-0966 KG/JHR

STEWARD ENERGY II, LLC,

    Defendant.

## ORDER FOR JOINT STATUS REPORT

This matter comes before the Court *sua sponte*. On June 30, 2021, the parties jointly moved to stay this case and toll the applicable statutes of limitations so that they could engage in settlement negotiations. (Doc. 17). The Court granted that motion on July 1, 2021, and ordered the parties to "notify the Court as to the state of the litigation and propose a schedule as to how the matter should proceed, including a deadline for the defendant[] to answer Plaintiff's Complaint" at the conclusion of the stay. (Doc. 18). The stay lifted on September 1, 2021. (*Id.*) No party requested an extension of the stay.

The parties are hereby ordered to submit a Joint Status Report, no later than **September 22, 2021**, notifying the Court as to the state of the litigation and proposing a scheduling as to how the matter should proceed, including a deadline for the defendant to answer Plaintiff's Complaint.

IT IS SO ORDERED.

                                                                                     UNITED STATES DISTRICT JUDGE