IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GERALD DAVIS, JR.,
*Individually and on Behalf of all
others similarly situated,*

    Plaintiff,

v.    Civ. No. 20-0966 KG/JHR

STEWARD ENERGY II, LLC,

    Defendant.

## ORDER TO SUBMIT JOINT STATUS REPORT

This matter comes before the Court *sua sponte*. On September 23, 2021, the Court entered its Order Granting Joint Motion to Extend Stay. (Doc. 24). In addition to staying the case through October 20, 2021, the Order directed the parties to "notify the Court as to the state of the litigation and propose a schedule as to how the matter should proceed, including a deadline for the defendants to answer Plaintiff's Complaint" "[p]rior to, or at the conclusion of the stay of the litigation[.]" The parties have not yet provided the required notification to the Court.

No later than 12:00 p.m. (noon) on Monday, December 20, 2021, the parties shall submit a Joint Status Report notifying the Court as to the state of the litigation, including whether settlement negotiations are ongoing and whether a second settlement conference would be helpful, and proposing a schedule as to how the matter should proceed, including a deadline for the defendants to answer Plaintiff's Complaint.

IT IS SO ORDERED.

                                                      UNITED STATES DISTRICT JUDGE