UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| GERALD DAVIS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>v.<br><br>STEWARD ENERGY II, LLC. | Case No. 1:20-cv-00966-KG-JHR<br><br>Collective Action (29 U.S.C. § 216(b))<br><br>Class Action (F.R.C.P. 23) |

JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Gerald Davis, Jr. hereby dismisses this matter with prejudice, each party to pay its own costs. Because the Parties agree to the dismissal, it is effective upon filing. Each party is to bear their respective fees and costs.

Dated: December 20, 2021

Respectfully submitted,

/s/ *William R. Liles*
Michael A. Josephson
Texas Bar No. 24014780
Andrew W. Dunlap
Texas Bar No. 24078444
William R. Liles
Texas Bar No. 24083395
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
wliles@mybackwages.com

AND

/s/ *Jaclyn M. McLean*
Jaclyn M. McLean
**HINKLE SHANOR LLP**
P.O. Box 2068
Santa Fe, NM 87504-2068
Telephone: 505-982-4554
Facsimile: 505-982-8623
Email: jmclean@hinklelawfirm.com

*Attorney for Defendant*

Richard J. (Rex) Burch
Texas Bar No. 24001807
BRUCKNER BURCH, P.L.L.C.
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 20th day of December 2021.

                                              */s/ William R. Liles*
                                              William R. Liles